## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10–cr-00462-LRH-PAL |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| NELSON VAZQUEZ, | ) | February 21, 2012 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING     REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Government's Motion to Amend Judgment (#39[1]), in which the Government seeks to correct the payee for the restitution, which was incorrectly stated as the district court instead of the victim agency. Good cause appearing,

The Government's Motion to Amend Judgment (#39) is **GRANTED**. The Clerk of the Court shall amend the Judgment in this matter to reflect the payee as: Social Security Administration, Attn: Court Refunds, P.O. Box 2861, Philadelphia, PA 19122.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
　　　　　Deputy Clerk

---

[1] Refers to court's docket number.